# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

JAMIE JOSLIN and COURTNEY DAVIS, on behalf of themselves and others similarly situated

Plaintiffs,

v.

CLIF BAR & COMPANY,

Defendant.

Case No.: 18-cv-04941

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

Having read and considered the Parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED THAT the above-entitled action is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 13, 2020

_____
JEFFREY S. WHITE
United States District Judge